UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DALE FUGATE, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:16-cv-00063-JMS-MJD |
| NEIL J. MARTIN, M.D., *et al*, | ) |
| Defendants. | ) |

**Plaintiff's Motion to Lift Stay**

Plaintiff Dale Fugate, by his counsel, respectfully moves the Court to lift the stay currently in effect, and in support thereof, states as follows:

1. Mr. Fugate filed this action based on two theories of liability: state law claims of medical malpractice, and Eighth Amendment claims brought pursuant to 42 U.S.C. § 1983. (ECF No. 2.)

2. The Court stayed this matter while the state law claims proceeded before the Indiana Department of Insurance, against qualified healthcare providers, pursuant to Indiana's Medical Malpractice Act (Indiana Code § 34-18 (the "Act")). (ECF No. 63.)

3. The Medical Review Panel issued its opinion on March 27, 2018, and the medical malpractice claims against the qualified healthcare providers may now proceed under the Act. Ind. Code §§ 34-18-8-4, 34-18-8-7.

WHEREFORE, Plaintiff Dale Fugate, by his counsel, respectfully requests that this Court lift the stay entered in this action, and for all other appropriate and just relief.

Respectfully submitted,

s/ *Jan P. Mensz*
Jan P. Mensz

1

Attorney No. 33798-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317.635.4059, x107
fax: 317.635.4105
<jmensz@aclu-in.org>

Mark Sniderman
Attorney No. 26599-49
SNIDERMAN NGUYEN, LLP
47 South Meridian, Suite 400
Indianapolis, IN 46204
Telephone: (317) 361-4700
Facsimile: (317) 464-5111
<mark@snlawyers.com>

## **CERTIFICATE OF SERVICE**

I hereby verify that on this 27th day of June 2018, a copy of the foregoing was filed electronically with the Clerk of this Court. All ECF-registered counsel of record shall be served via ECF.

Adriana Katzen
Bleeke Dillon Crandall, P.C.
adriana@bleekedilloncrandall.com

Bryan David Stoffel
Bleeke Dillon Crandall, P.C.
bryan@bleekedilloncrandall.com

James F. Bleeke
Bleeke Dillon Crandall, P.C.
jim@bleekedilloncrandall.com

Jeb Adam Crandall
Bleeke Dillon Crandall, P.C.
jeb@bleekedilloncrandall.com

Andrew Scheil
Deputy Attorney General
Andrew.Scheil@atg.in.gov

/s/ Jan P. Mensz
Jan P. Mensz
Attorney at Law