UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DALE FUGATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00063-JMS-MJD |
| | ) | |
| NEIL J. MARTIN MD, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Granting Motion to Lift Stay**

The plaintiff's motion to lift the stay in this action, dkt. [68], is **granted**.  The Court will

set forth how this action shall proceed by separate order.

The clerk is **directed** to re-open this action on the docket.

**IT IS SO ORDERED.**

Date: 6/29/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

James F. Bleeke
BLEEKE  DILLON  CRANDALL ATTORNEYS
jim@bleekedilloncrandall.com

Jeb Adam Crandall
BLEEKE  DILLON  CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Adriana Katzen
BLEEKE DILLON CRANDALL, PC
adriana@bleekedilloncrandall.com

Jan P. Mensz
ACLU OF INDIANA
jmensz@aclu-in.org

Andrew Scheil
INDIANA ATTORNEY GENERAL
Andrew.Scheil@atg.in.gov

Mark W. Sniderman
SNIDERMAN NGUYEN LLP
mark@snlawyers.com

Bryan David Stoffel
BLEEKE DILLON CRANDALL, PC
bryan@bleekedilloncrandall.com